FILED

APR 15 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

MARINO ANTONIO MURALLES-
OLIVA,

Defendant - Appellant.

No. 09-10158

D.C. No. 2:08-CR-00035-JCM

MEMORANDUM[*]

Appeal from the United States District Court
for the District of Nevada
James C. Mahan, District Judge, Presiding

Submitted April 5, 2010[**]

Before:     RYMER, McKEOWN, and PAEZ, Circuit Judges.

Marino Antonio Muralles-Oliva appeals from his guilty-plea conviction and

100-month sentence for conspiracy to distribute methamphetamine and marijuana,

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(D).  Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Muralles-Oliva's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record.  The appellant has filed a pro se supplemental brief, but the government has not filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**